(Official Form 1) (12/03)

| FORM B1 | **United States Bankruptcy Court**<br>Western District of New York | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Knapp, Richard Luther Jr.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Knapp, Kathleen Ellen** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**xxx-xx-1299** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**xxx-xx-9611** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**141 W. Bennett Circle**<br>**Elmira, NY 14903** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**14 W. Bennet Circle**<br>**Elmira, NY 14903** |
| County of Residence or of the Principal Place of Business: **Chemung** | County of Residence or of the Principal Place of Business: **Chemung** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) | | |
|---|---|---|---|---|
| ■ Individual(s) | ☐ Railroad | ■ Chapter 7 | ☐ Chapter 11 | ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | | |
| ☐ Other_____ | ☐ Clearing Bank | | | |

| **Nature of Debts** (Check one box) | | **Filing Fee** (Check one box) |
|---|---|---|
| ■ Consumer/Non-Business | ☐ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | | |
| ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | | |

**Statistical/Administrative Information** (Estimates only)   THIS SPACE IS FOR COURT USE ONLY
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

**(Official Form 1) (12/03)**

| | |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): **FORM B1**, Page 2<br>**Knapp, Richard Luther Jr.**<br>**Knapp, Kathleen Ellen** |

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Richard Luther Knapp, Jr.**
Signature of Debtor **Richard Luther Knapp, Jr.**

X **/s/ Kathleen Ellen Knapp**
Signature of Joint Debtor **Kathleen Ellen Knapp**

Telephone Number (If not represented by attorney)

**April 7, 2005**
Date

**Signature of Attorney**

X **/s/ David H. Ealy**
Signature of Attorney for Debtor(s)
**David H. Ealy 2020832**
Printed Name of Attorney for Debtor(s)
**TREVETT, LENWEAVER & SALZER, P.C.**
Firm Name
**Two State Street**
**Suite 1000**
**Rochester, NY 14614**
Address
**(585) 454-2181  Fax: (585) 454-4026**
Telephone Number
**April 7, 2005**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X **/s/ David H. Ealy**                    **April 7, 2005**
Signature of Attorney for Debtor(s)    Date
**David H. Ealy**

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

ALEGIS GROUP LP
P.O. Box 741011
Houston, TX 77274-1011


BANK OF AMERICA
820 Silver Lake Blvd.
Dover, DE 19904-2464


BANK ONE DELAWARE, N.A.
Law Dept.
DE1-1406
201 North Walnut St.
Wilmington, DE 19801


CHEMUNG CANAL TRUST CO.
One Chemung Canal Plaza
Elmira, NY 14901


CITIBANK SOUTH DAKOTA, N.A.
701 East 60th Street North
Sioux Falls, SD 57117


CITIZENS BANK
dba People's Card Services
1000 Lafayette Blvd.
Bridgeport, CT 06604-4725


CORNING HOSPITAL
176 Denison Parkway
Corning, NY 14830


CREDITORS INTERCHANGE
80 Holtz Drive
Buffalo, NY 14225


DISCOVER BANK
3311 Mill Meadow Drive
Hilliard, OH 43026


FIRST NIAGARA BANK
6950 S. Transit Road
P.O. Box 514
Lockport, NY 14095-0514

FIRST USA BANK, N.A.
P.O. Box 8650
Wilmington, DE 19899-8650


FIRST USA BANK, N.A.
800 Brooksedge Blvd.
Mailstop OH-0552
Westerville, OH 43081-2895


FLEET CREDIT CARD SERVICES
300 N. Wakefield Dr.
Newark, DE 19702-5419


FORSTER & GARBUS
500 Bi-County Blvd.
Farmingdale, NY 11735


HSBC BANK NV
99 Washington St.
Buffalo, NY 14273-0001


HSBC BANK USA
Attn: Bankruptcy Department
251 Main Street, 4th Floor
Buffalo, NY 14203


INTERNAL MEDICINE ASSOC SOUTHERN TIER
200 Madison Ave., 3rd Floor
Elmira, NY 14901


J.P. MORGAN CHASE BANK
Attn: Bankruptcy Unit
Mailstop H1-4
100 Duffy Ave.
Hicksville, NY 11801-3639


ROBERTS, SHARON
87 Adams Creek Road
Defuniak Springs, FL 32433


ROBISON, JOHN
113 Hampton Dr.
Rochester, NY 14610

```
SHERMAN ACQUISITION II, LLP
15 S. Main St., Suite 705
Greenville, SC 29601


SSA/OFFICE OF FINANCIAL POLICY
1155-10 Jamaica Avenue
11th Floor
Jamaica, NY 11432


UNWIN, RENEE
846 Mt. Zoar Ave
Elmira, NY 14903


WFNNB - LANE BRYANT
P.O. Box 182125
Columbus, OH 43218-2125
```